United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Denis Rodriguez Batista, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-22373-Civ-Scola |
| Commissioner, Social Security | ) |
| Administration, Nancy A. Berryhill, | ) |
| Defendant. | ) |

**Order Adopting Magistrate's Report and Recommendation**

    This matter was referred to United States Magistrate Judge Edwin G. Torres for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. On September 10, 2019, Judge Torres issued his report, recommending that the Court deny Plaintiff Denis Rodriguez Batista's motion for summary judgment (ECF No. 17), grant Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration's motion for summary judgment (ECF No. 19), and affirm the administrative law judge's unfavorable decision. (Report, ECF No. 25.) Rodriguez Batista has not submitted objections and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court **adopts** Judge Torres's report and recommendation (**ECF No. 25**), **denies** Rodriguez Batista's motion for summary judgment (**ECF No. 17**) and **grants** the Commissioner's motion for summary judgment (**ECF No. 19**).

    "In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones,* 863 F.2d 815, 822 (11th Cir.1989) (alterations omitted). The objections must also present "supporting legal authority." Local R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (quoting *Heath,* 863 F.2d at 822) (alterations omitted). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Macort,* 208 F. App'x at 784 (quoting *Johnson v. Zema Sys. Corp.,* 170 F.3d 734, 739 (7th Cir.1999).

Rodriguez Batista has not submitted any objections to Judge Torres's report and recommendation. As such, the Court has reviewed the report and recommendation for clear error only. Upon this review, the Court finds not only no clear error but also notes that Judge Torres's report is thorough, cogent, and compelling. The Court adopts Judge Torres's conclusion that the administrative law judge's decision was supported by substantial evidence and that the proper legal standards were applied to evaluate the record.

Therefore, the Court **affirms and adopts** the report and recommendation (**ECF No. 25**), **grants** the Commissioner's motion for summary judgment (**ECF No. 19**), and **denies** Rodriguez Batista's motion for summary judgment (**ECF No. 17**). The Court thus directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on September 19, 2019.

Robert N. Scola, Jr.
United States District Judge